UNITED STATES of America,
Plaintiff–Appellee,

v.

Santiago ARCE–RODRIGUEZ,
Defendant–Appellant.

No. 13–10478.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2014.*

Filed June 17, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Santiago Arce–Rodriguez, Salters, SC, pro se.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Santiago Arce–Rodriguez appeals from his guilty-plea conviction and 18–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326; and from the district court's order denying his motion to extend time to file a notice of appeal. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arce–Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arce–Rodriguez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Treating Arce–Rodriguez's appeal as timely, our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

